| AO 10 Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2011** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Kahn, Charles J. | 2. Court or Organization District Court, Northern District of Florida | 3. Date of Report 04/30/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge, Full-time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
1 North Palafox St.
Pensacola
FL 32502

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust 1 |
| 2. Trustee | Trust 2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 04/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Employment, Judge Florida First District Court of Appeal | $26,644.09 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Salary, Florida State University faculty |
| 2. 2011 | Retirement, State of Florida |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 04/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Company common stock | B | Dividend | K | T | Buy | 03/09/11 | J | | |
| 2. | | | | | Buy (add'l) | 06/09/11 | J | | |
| 3. | | | | | Buy (add'l) | 09/09/11 | J | | |
| 4. | | | | | Buy (add'l) | 12/09/11 | J | | |
| 5. Centerpoint Energy Common Stock | A | Dividend | J | T | Buy | 03/07/11 | J | | |
| 6. | | | | | Buy (add'l) | 06/06/11 | J | | |
| 7. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 8. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 9. Accounts Bank of America | A | Interest | K | T | | | | | |
| 10. Ameris Bank | A | Interest | | | Closed | 12/2011 | J | | |
| 11. Building Lot, Gulf Breeze, FL | | None | N | R | Buy | 01/21/11 | N | | Samuel Lundy, trustee |
| 12. Deferred Compensation (457) account 1, ING | D | Int./Div. | P1 | T | | | | | |
| 13. --American Funds New Perspective Fund | | | | | | | | | |
| 14. --American Funds The Growth Fund of America | | | | | | | | | |
| 15. --ING Fixed Account 457/401 | | | | | | | | | |
| 16. --Pioneer Fund | | | | | | | | | |
| 17. --Vanguard Mid-Cap Index Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Deferred Compensation Account (457) 2 | A | Int./Div. | K | T | | | | | |
| 19. --Vanguard Tot Int St Idx IS | | | | | | | | | |
| 20. --Okmrk Intl I | | | | | | | | | |
| 21. --Invsco VK Gr Inc A | | | | | | | | | |
| 22. --MSIF Gr P | | | | | | | | | |
| 23. --NeuBer Genesis Tr | | | | | | | | | |
| 24. IRA 1 | D | Int./Div. | N | T | | | | | |
| 25. --Altria Common Stock | | | | | | | | | |
| 26. --Bank Deposit Program Morgan Stanley Bank | | | | | | | | | |
| 27. --Bank of America Common Stock | | | | | | | | | |
| 28. --Blackrock Income Trust | | | | | | | | | |
| 29. --British Amer Tob Spon ADR | | | | | | | | | |
| 30. --Capital City Bank common stock | | | | | | | | | |
| 31. --Centerpoint Energy common stock | | | | | | | | | |
| 32. --Citigroup New common stock | | | | | | | | | |
| 33. --Conoco Phillips common stock | | | | | | | | | |
| 34. --DuPont EI Nemoours common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --DWS High Income Opportunities | | | | | | | | | |
| 36. --Eastman Kodak common stock | | | | | | | | | |
| 37. --Exxon Mobil common stock | | | | | | | | | |
| 38. --FirstEnergy common stock | | | | | | | | | |
| 39. --Frontier Communications common stock | | | | | | | | | |
| 40. --GE Capitan Corp Ser A/Multi-Step CPN AA2 | | | | | | | | | |
| 41. --GE Common Stock | | | | | | | | | |
| 42. --GlaxoSmithKline PLC ADS | | | | | | | | | |
| 43. --Honeywell Intl. common stock | | | | | | | | | |
| 44. --Johnson & Johnson common stock | | | | | | | | | |
| 45. --Kimberly Clark common stock | | | | | | | | | |
| 46. --Kraft Foods CLA | | | | | | | | | |
| 47. --Merck common stock | | | | | | | | | |
| 48. --Microsoft common stock | | | | | | | | | |
| 49. --Norfold Southern common stock | | | | | | | | | |
| 50. --Philip Morris Intl. common stock | | | | | | | | | |
| 51. --Procter & Gamble common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Raytheon common stock | | | | | | | | | |
| 53. --Sandisk common stock | | | | | | | | | |
| 54. --Verizon Comm. common stock | | | | | | | | | |
| 55. --Weatherford Intl. Ltd. | | | | | | | | | |
| 56. --Wells Fargo & Co. New | | | | | | | | | |
| 57. --Unit First Trust Target Global Div Leaders 3rd Qrt. 2010 | | | | | Sold | 10/05/11 | K | A | |
| 58. --IBM Common Stock | | | | | | | | | |
| 59. --Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 60. --Capital City Bank common stock | A | Dividend | J | T | | | | | |
| 61. --Genon Energy common stock | A | Dividend | J | T | | | | | |
| 62. --Janus Twenty Fund T | A | Dividend | J | T | | | | | |
| 63. --TransAmerica MS Capital GW P | A | Dividend | J | T | | | | | |
| 64. --Legg Mason WA Intrm Trm Muni C | C | Interest | L | T | | | | | |
| 65. IRA 2 ▨ | A | Int./Div. | J | T | | | | | |
| 66. --MS Liquid Asset Fund | | | | | | | | | |
| 67. --Capital City Bank Inc common stock | | | | | | | | | |
| 68. --Morgan Stanley Bank N.A. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --GE Capital Corp Ser A/Multi-Step CPN AA2 | | | | | Sold | 11/09/11 | J | A | |
| 70. IRA 3 ▮▮▮▮ | B | Int./Div. | K | T | | | | | |
| 71. --Morgan Stanley Bank N.A. | | | | | | | | | |
| 72. --ATT Common Stock | | | | | | | | | |
| 73. --Energy Transfer Eqty LP | | | | | | | | | |
| 74. --Microsoft common stock | | | | | | | | | |
| 75. --FMI Focus Fund | | | | | | | | | |
| 76. --Third Ave Value Inst | | | | | | | | | |
| 77. --Unit First Trust Target GlobalDividend Leaders 3rd qtr 10 | | | | | Sold | 10/05/11 | J | A | |
| 78. Trust 1 | D | Int./Div. | O | T | | | | | |
| 79. --Cash (Morgan Keegan) | | | | | | | | | |
| 80. --Franklin Adjustable US Govt | | | | | | | | | |
| 81. --AIG common stock | | | | | | | | | |
| 82. --Best Buy common stock | | | | | | | | | |
| 83. --Cpaital City Bank common stock | | | | | | | | | |
| 84. --Chevron common stock | | | | | | | | | |
| 85. --CNA Financial common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kahn, Charles J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Dean Foods common stock | | | | | | | | | |
| 87. --Duke Energy common stock | | | | | | | | | |
| 88. --Exelon common stock | | | | | | | | | |
| 89. --FPIC Ins. Grp common stock | | | | | | | | | |
| 90. --JM Smucker common stock | | | | | | | | | |
| 91. --Liz Claiborne common stock | | | | | | | | | |
| 92. --Pepsico common stock | | | | | | | | | |
| 93. --Procter & Gamble common stock | | | | | | | | | |
| 94. --Progress Energy common stock | | | | | | | | | |
| 95. --Southern Co. common stock | | | | | | | | | |
| 96. --Spectra Energy common stock | | | | | | | | | |
| 97. --Teco Energy common stock | | | | | | | | | |
| 98. --Treehouse Foods common stock | | | | | | | | | |
| 99. --Calamos Growth fund | | | | | | | | | |
| 100. --Columbia Seligman fund | | | | | | | | | |
| 101. --Jacob Wisdom Fund | | | | | | | | | |
| 102. --Longleaf Partners fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Lord Abbett Mid-Cap Value C | | | | | | | | | |
| 104. --Thornburg Value Fund Class A | | | | | | | | | |
| 105. --Templeton Global Income fund | | | | | | | | | |
| 106. --AIG warrants | | | | | Sold | 01/20/11 | J | A | |
| 107. --Half interest in ▭ Gulf Breeze, FL | | | | S | | | | | |
| 108. --Health First Network, Inc. membership units | | | | | | | | | |
| 109. --Five Flags Bank common stock | | | | | | | | | |
| 110. Trust 2 | D | Int./Div. | O | T | | | | | |
| 111. --Cash (Morgan Keegan) | | | | | | | | | |
| 112. --Franklin Adjustable US Govt | | | | | | | | | |
| 113. --AIG common stock | | | | | | | | | |
| 114. --Best Buy common stock | | | | | | | | | |
| 115. --Capital City Bank common stock | | | | | | | | | |
| 116. --Chevron common stock | | | | | | | | | |
| 117. --Coca-Cola common stock | | | | | | | | | |
| 118. --Dean Foods common stock | | | | | | | | | |
| 119. --Exelon Corp. common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --FPIC Ins. Group, Inc. common stock | | | | | | | | | |
| 121. --JM Smucker common stock | | | | | | | | | |
| 122. --Liz Claiborne common stock | | | | | | | | | |
| 123. --Pepsico common stock | | | | | | | | | |
| 124. --Procter & Gamble common stock | | | | | | | | | |
| 125. --Progress Energy common stock | | | | | | | | | |
| 126. --Southern Co. common stock | | | | | | | | | |
| 127. --Spectra Energy common stock | | | | | | | | | |
| 128. --Teco Energy common stock | | | | | | | | | |
| 129. --Treehouse Foods common stock | | | | | | | | | |
| 130. --Calamos Growth fund | | | | | | | | | |
| 131. --Columbia Seligman fund | | | | | | | | | |
| 132. --Jacob Wisdom fund | | | | | | | | | |
| 133. --Longleaf Partners Fund | | | | | | | | | |
| 134. --Lord Abbett Mid-Cpa Value C | | | | | | | | | |
| 135. --Thornburg Value Fund Class A | | | | | | | | | |
| 136. --Templeton Global Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --AIG warrants | | | | | | | | | |
| 138. --Half interest in ▓▓▓▓ Gulf Breeze, FL | | | | S | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 04/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts, line 105, and line 135 based on assessed value by county property appraiser, $285,176.00

Pat VII, Investments and Trusts, line 11, actual purchase price was 411,111.11

Part VII, Investments and Trusts, line 15, Pioneer Fund. This asset was owned when I filed the prior report, but I inadvertently left it off prior report.

Part VII, Investments and Trusts, line 57, IBM Common stock. This asset was inadvertently left off and is being added in this revised report.

Part VII, Investments and Trusts, line 108, Five Flags Bank common stock. This asset was inadvertently left off and is being added in this revised report.

Part VII, Investments and Trusts, line 10, Ameris Bank. This account was closed during the reporting period. No longer exists.

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 04/30/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles J. Kahn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544